JINA L. CHOI (NY Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
JASON M. HABERMEYER (Cal. Bar No. 226607)
  habermeyerj@sec.gov
ROBERT L. TASHJIAN (Cal. Bar No. 191007)
  tashjianr@sec.gov
JOSEPH P. CEGLIO (Cal. Bar No. 225251)
  ceglioj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 16-cv-00320 MCE-KJN |
| Plaintiff, | |
| vs. | ORDER TO STAY DISCOVERY |
| HECTOR M. ABSI, JR. | |
| Defendant. | |

Having read and considered defendant Hector M. Absi, Jr.'s motion to stay discovery (ECF No. 21), the motion by the United States Attorney's Office for the Eastern District of California to intervene and join defendant's motion (ECF No. 22), and plaintiff Securities and Exchange Commission's response (ECF No. 23), the Court hereby GRANTS defendant's motion and the Government's motion to intervene and ORDERS the following—

1. Discovery pursuant to Rule 26 of the Federal Rules of Civil Procedure, *et seq.*, shall be stayed. The stay shall extend to the exchange of initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, as well as to the service of subpoenas for documents and depositions from third parties pursuant to Rule 45 of the Federal Rules of Civil Procedure.

2. Nothing in this Order shall prevent the parties from conducting voluntary witness interviews, taking part in settlement discussions, engaging in appropriate motion practice, or seeking to update the Court by requesting periodic status conferences as necessary.

3. Defendant shall be relieved of his obligation to answer or otherwise respond to the Complaint as long as the stay is in effect. Upon the lifting of the stay by the Court or the entry of final judgment in the related criminal matter captioned *United States v. Hector Absi*, No. 16-cr-0027 MCE-KJN (E.D. Cal. filed Feb. 11, 2016), whichever is earlier, defendant shall answer or otherwise respond to the Complaint within fourteen (14) days.

4. Having decided this matter, the hearing on defendant's motion to stay discovery, currently scheduled for June 2, 2016 at 2:00 p.m., is hereby taken off calendar.

IT IS SO ORDERED.

Dated: May 27, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

* * *

Approved as to form:

*/s/ Robert L. Tashjian*

Robert L. Tashjian
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

*/s/ Richard K. Kornfeld*

Richard K. Kornfeld
Attorney for Defendant
HECTOR M. ABSI, JR.

*/s/ Todd A. Pickles*

Todd A. Pickles
Assistant United States Attorney
Attorney for Intervenor
UNITED STATES OF AMERICA